**O**
**JS-6**

# United States District Court
# Central District of California

GARY SCHERER,

               Plaintiff,

     v.

DAVID J. EAGLE, et al.,

               Defendants.

Case No. 2:21-cv-01606-ODW (PDx)

**JUDGMENT**

      On February 22, 2021, Plaintiff Gary Scherer initiated this Americans with Disabilities Act ("ADA") case against Defendants Mattress Pros LLC and David J. Eagle, individually and as trustee of the Eagle Family Trust. (Compl., ECF No. 1.) On March 31, 2021, the Clerk entered default against Eagle (ECF No. 23), and on April 9, 2021, the Clerk entered default against Mattress Pros (ECF No. 25). On April 19, 2021, Plaintiff applied for default judgment against Eagle and Mattress Pros, and the Court granted in part and denied in part Plaintiff's application.

///

///

///

///

///

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.  Plaintiff shall recover nothing from Defendant David J. Eagle, in his individual capacity and as trustee of the David J. Eagle Trust ("Eagle").

2.  Eagle is **DISMISSED WITH PREJUDICE**.

3.  Defendant Mattress Pros, LLC ("Mattress Pros") is liable to Plaintiff for ADA violations at its store at 5600 Laurel Canyon Blvd. in Valley Village, California ("Store").

4.  Mattress Pros is **ORDERED** to position its mattresses and other merchandise in a way that provides for paths of travel of 36 inches or wider inside the Store.

5.  Mattress Pros is **ORDERED** to position its mattresses and other merchandise in a way that provides for a path of travel of 36 inches or wider on any sidewalk at the property where the Store is located.

6.  Mattress Pros shall pay Plaintiff One Thousand Seven Hundred Sixty-Five Dollars and Twenty Cents ($1,765.20) in attorneys' fees and costs.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 6, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2